# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PAMELA FLICK and<br>MARY DOWLING-STEFANSKI,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPOINT, INC., and RAYMOND J. AIMONE,<br><br>Defendants. | Case No. 2:08-cv-0211-JVB-PRC |

### DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FOR PERMISSION TO ENTER PROPERTY FOR THE PURPOSES OF INSPECTION

Defendants WellPoint, Inc. and Raymond J. Aimone (collectively "Defendants"), by and through their attorneys, hereby submits their Responses to Plaintiffs' First Request for Production of Documents and For Permission to Enter Property For The Purposes of Inspection as follows:

### GENERAL OBJECTION

Defendants object to Plaintiffs' Directions and Instructions to the extent that they attempt to impose obligations or requirements in excess of those set forth in the Federal Rules of Civil Procedure.

### DEFENDANTS' RESPONSES TO DOCUMENT REQUESTS

1. Any and all documents related to Flick's employment with WellPoint, including but not limited to: Flick's complete personnel file; disciplinary file; payroll action forms; and wage records.

**RESPONSE:**

Defendants object to this request as overbroad and unduly burdensome. Defendants also object to this request because Plaintiffs alone know what documents would "support" the allegations contained in Plaintiffs' Complaint. Subject to and without waiving these objections, Defendants identify any document exchanged in discovery or used as an exhibit to a deposition taken in this case in response to this request.

57. To the extent not previously produced, any and all documents which support, refute, or in any way relate to the assertions made in *Defendants' Answer and Affirmative Defenses.*

**RESPONSE:**

Defendants object to this request as overbroad, unduly burdensome, and as it relates to Defendants' Answer and Affirmative Defenses, which was amended on October 9, 2008. Defendants also object to this request because Plaintiffs alone know what documents Plaintiffs believe would "refute" the assertions made in Defendants' Answer and Affirmative Defenses. Subject to and without waiving these objections, extent this request relates to Defendants' Amended Answer and Affirmative Defenses, Defendants identify any document exchanged in discovery or used as an exhibit to a deposition taken in this case in response to this request.

IV.

REQUEST FOR INSPECTION OF PREMISES

1. Plaintiffs request that the Defendants' permit the Plaintiffs and their undersigned counsel to enter upon, inspect, and photograph the following premises: **1000 East 80th Place, Suite 503 South, Merrillville, Indiana 46410.**

**RESPONSE:**

Defendants object to this request as overbroad, unduly burdensome, and as undefined, vague and ambiguous because it fails to comply with Rule 34(b), which requires that such requests describe with reasonable particularity each item or category of items to be inspected, and must also specify a reasonable time, place, and manner for the inspection and for performing the related acts. Until such time that Plaintiffs comply with the requirements of Rule 34, Defendant WellPoint will not grant Plaintiffs' request for entry to its property.

**DATED: December 11, 2008**

Respectfully submitted,

WELLPOINT, INC. AND RAYMOND J. AIMONE

By_____
One of Their Attorneys

Christopher J. DeGroff (#19321-64)
Cintra D. Bentley (#25582-64)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
cdegroff@seyfarth.com
cbentley@seyfarth.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that she has caused a true and correct copy of the foregoing DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, to be served upon the following, via U.S. Mail on this 11th day of December, 2008:

>John D. LaDue
>R. John Kuehn
>Mark F. Criniti
>jladue@lck-law.com
>jkuehn@lck-law.com
>mcriniti@lck-law.com
>LaDue Curran & Kuehn LLC
>200 First Bank Building
>205 West Jefferson Blvd.
>South Bend, Indiana 46601

_____
Cintra D. Bentley